IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY ZIMMERMAN,<br>　　　Petitioner, | :<br>:<br>: Civil Action No. 3:14-cv-313 |
| v. | :<br>: (Judge Mariani) |
| BRIAN COLEMAN, *et al.*,<br>　　　Respondents. | :<br>: |

### ORDER

**NOW, THEREFORE**, this 30th day of September, 2014, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED as time-barred**. See 28 U.S.C. § 2244(d).

2. The Clerk of Court is directed to **CLOSE** the case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge